IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES STEWART, Administrator of the Estate of MELINDA SUE STEWART, Individually, and CURTIS JAMES WALKER, COREY MICHAEL WALKER, and AUSTIN CORDELL STEWART, all of whom join as children of MELINDA SUE STEWART, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION n/k/a AMTRAK and JENNIFER HARVEY,<br><br>Defendants. | Civil No. 4:24-cv-0066<br><br>**NOTICE OF REMOVAL** |

Defendants National Railroad Passenger Corporation ("Amtrak") and Jennifer Harvey ("Harvey" and, collectively, the "Defendants"), hereby remove this action to the United States District Court for the Southern District of Iowa, Central Division, and in support thereof state:

1. On January 11, 2024, the above-entitled action was commenced against Defendants Amtrak and Harvey in the Iowa District Court for Monroe County and is now pending therein as *James Stewart, Administrator of the Estate of Melinda Sue Stewart, Individually, and Curtis James Walker, Corey Michael Walker, and Austin Cordell Stewart, all of whom join as children of Melinda Sue Stewart v. National Railroad Passenger Corporation n/k/a Amtrak and Jennifer Harvey,* Law No. LALA004011.

2. The above-entitled action is a civil action arising out of an incident alleged to have occurred on or about January 19, 2022. Plaintiff James Stewart alleges Melinda Stewart died as a

result of injuries she sustained when the vehicle she was operating was struck by an Amtrak passenger train in Monroe County, Iowa. Plaintiffs seek monetary damages for loss of consortium.

3. On January 31, 2024, Harvey was served with an Original Notice with a copy of the Petition at Law attached. A copy of the Original Notice and Petition at Law are attached as Exhibits A and B respectively and by this reference incorporated as a part of this Notice.

4. On February 1, 2024, Amtrak was served with an Original Notice with a copy of the Petition at Law attached. A copy of the Original Notice and Petition at Law are attached as Exhibits A and B respectively and by this reference incorporated as a part of this Notice.

5. Returns of Service were subsequently filed by Plaintiff in this matter in the Iowa District Court for Monroe County. Copies of the Returns of Service are attached as Exhibits C and D and by this reference incorporated as a part of this Notice.

6. No further proceedings have been had here in the Iowa District Court in and for Monroe County.

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331.

8. The district courts have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331. District courts "shall not have jurisdiction of any civil action by or against any corporation upon the ground it was incorporated by or under an Act of Congress, *unless the United States is the owner of more than one-half of its capital stock.*" 28 U.S.C. § 1349 (emphasis added).

9. Amtrak was created by an Act of Congress, 45 U.S.C. § 501, et seq., and was incorporated pursuant to 45 U.S.C. §§ 541 and 542, now codified under 49 U.S.C. § 24301, et seq.

10. The United States is the owner of more than one-half of Amtrak's capital stock.

11. As the United States is the owner of more than one-half of the capital stock of Amtrak, this Court has original jurisdiction of this matter under 28 U.S.C. §§ 1331 and 1349.

12. Alternatively, this Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332.

13. Plaintiff James Lee Stewart is a resident of Albia, Monroe County, Iowa and a citizen of the state of Iowa.

14. Plaintiff James Lee Stewart is the Administrator of *In the Matter of The Estate of Melinda Sue Stewart,* pending in the Iowa District Court for Monroe County as ESPR029599.

15. Plaintiff Curtis James Stewart is a resident of Albia, Monroe County, Iowa and a citizen of the state of Iowa.

16. Plaintiff Corey Michael Stewart is a resident of Eddyville, Monroe County, Iowa and a citizen of the state of Iowa.

17. Plaintiff Austin Cordell Stewart is a resident of Oskaloosa, Mahaska County, Iowa and a citizen of the state of Iowa.

18. Defendant Amtrak is a corporation organized and authorized under the laws of United States and is deemed to be a citizen of the District of Columbia for the purpose of determining the original jurisdiction of the District Courts of the United States and civil actions to which it is a party. 49 U.S.C. § 24301(B).

19. Defendant Harvey is a citizen of the state of Missouri.

20. Defendants reasonably believe the amount in controversy, exclusive of interest in costs, exceeds $75,000. Plaintiffs, and each of them, allege they have "loss the companionship and affection" of Melinda Stewart. (Exhibit B, ¶¶ 11, 12.) Defendants reasonably believe Plaintiffs are seeking damages in excess of the jurisdictional minimum of this Court.

21. This Notice is filed with this Court within 30 days after service on Defendants of the Original Notice of the above-entitled action.

WHEREFORE, Defendants National Railroad Passenger Corporation and Jennifer Harvey hereby remove this action to the United States District Court for the Southern District of Iowa, Central Division.

Dated:  February 16, 2024.

/s/ Michael W. Thrall, AT0007975
/s/ Mitchell R. Kunert, AT0004458
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa  50309
Telephone:    (515) 283-3189
Facsimile:      (515) 283-8045
Emails:          mwt@nyemaster.com
                     mrkunert@nyemaster.com

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the counsel below.

Steve Hamilton
HAMILTON LAW FIRM, P.C.
PO Box 188
606 Ontario Street
Storm Lake, Iowa 50588
steve@hamiltonlawfirmpc.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Michael W. Thrall, AT0007975