# EXHIBIT A

IN THE IOWA DISTRICT COURT IN AND FOR MONROE COUNTY

| | |
|---|---|
| JAMES STEWART, Administrator of the Estate of MELINDA SUE STEWART, Individually, and CURTIS JAMES WALKER, COREY MICHAEL WALKER, and AUSTIN CORDELL STEWART, all of whom join as children of MELINDA SUE STEWART, deceased.<br><br>         Plaintiff(s)<br><br>Vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION N/K/A AMTRAK, and JENNIFER M. HARVEY, a citizen of Nebraska<br><br>         Defendant(s) | Case No. _____<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name(s) and address(es) of the attorney(s) for the Plaintiff(s) is Steve Hamilton, 12345 University Avenue, Suite 309, Clive, Iowa 50325. The attorney's phone number is (515) 309-3536 and facsimile number is (515)309-3537.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for MONROE County, at the courthouse in Albia, Iowa 52531, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (641) 684-6502. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE TO PROTECT YOUR INTERESTS.

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | LALA004011 |
| County | Monroe |

Case Title  STEWART, JAMES VS NATIONAL RAILROAD PASSENGER

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 684-6502** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **01/12/2024 09:14:46 AM**



District Clerk of Court or/by Clerk's Designee of  Monroe    County
/s/ Alyssa Nolan