# EXHIBIT B

IN THE IOWA DISTRICT COURT IN AND FOR MONROE COUNTY

| | |
|---|---|
| JAMES STEWART, Administrator of the Estate of MELINDA SUE STEWART, Individually, and CURTIS JAMES WALKER, COREY MICHAEL WALKER, and AUSTIN CORDELL STEWART, all of whom join as children of MELINDA SUE STEWART, deceased.<br><br>Plaintiff(s)<br><br>Vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION N/K/A AMTRAK, and JENNIFER M. HARVEY, a citizen of Nebraska<br><br>Defendant(s) | Case No. _____<br><br>**PETITION AT LAW AND JURY DEMAND** |

COMES NOW the Plaintiffs, James Stewart, Curtis James Walker, Corey Michael Walker, and Austin Cordell Stewart, and for their cause of action state:

1. Plaintiff, James Stewart, is the surviving spouse and duly appointed Administrator of the Estate of Melinda Sue Stewart, deceased.

2. The National Railroad Passenger Corporation is a corporate entity organized and existing under the laws of Washington, D.C.

3.     Defendant, Jennifer M. Harvey, is believed to be a citizen of the State of Nebraska and on January 19, 2022, she operated as an engineer of an eastbound Amtrak railroad train.

4.     On or about January 19, 2022, an Amtrak train owned and operated by The National Railroad Passenger Corporation proceeded eastward on a track running parallel to Highway 165 in Monroe County, Iowa.

5.     On January 19, 2022, Melinda Stewart took her father to a medical appointment in the morning, then returned home traveling eastward on Highway 165 as the train approached the intersection with State Highway 695 in Monroe County, Iowa.

6.     At approximately 10:00 a.m. Melinda Sue Stewart turned easterly to south from Highway 165 onto Iowa Highway 695 in Monroe County, Iowa.

7.     Melinda Sue Stewart drove her vehicle a very short distance on Iowa Highway 695 before she was struck by the eastbound Amtrak train operated by Defendant, Jennifer M. Harvey, in the course and scope of her employment with The National Railroad Passenger Corporation.

8.     Melinda Sue Stewart was pronounced dead at the scene of the accident, a very short distance northeast of the collision point with the eastbound Amtrak train.

9. The collision and death of Melinda Sue Stewart were proximately caused by the negligence of Defendant, Jennifer M. Harvey.

10. Defendant, Jennifer M. Harvey, failed to comply with the sounding of the horn in compliance with state law and the Railroad Safety Act.

11. Due to the negligence of Defendants, Harvey and The National Railroad Passenger Corporation, Plaintiff, James Stewart, lost the companionship and affection of his spouse, Melinda Sue Stewart.

12. Melinda Sue Stewart's adult children, Plaintiffs, Curtis James Walker, Corey Michael Walker, and Austin Cordell Stewart have lost the companionship and affection of their mother.

13. The amount in issue in this matter meets or exceeds the jurisdictional amount of the Iowa District Court.

JURY DEMAND

Plaintiffs hereby demand trial by jury in this matter.

WHEREFORE, the Plaintiff, James Stewart, prays the Court enter an award for damages that is fair and reasonable, and which will fully compensate him and the children of Melinda Sue Stewart for their loss.

Respectfully submitted,

HAMILTON LAW FIRM. P.C.
P.O. BOX 188
606 ONTARIO STREET
STORM LAKE, IOWA  50588
(712) 732-2842
(712) 732-6202 (FAX)

BY: _____
STEVE HAMILTON, AT0003128
steve@hamiltonlawfirmpc.com
ATTORNEY FOR PLAINTIFF(S)